UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID KHADEMI,

    Plaintiff,

    v.

NIELSON, et al.,

    Defendants.

No. 2:18-cv-2613 MCE KJN P

ORDER

On November 19 and 20, 2018, plaintiff filed documents styled "objections," in which plaintiff objects to the November 9, 2018 screening order. The court construes plaintiff's filings as a request for reconsideration of the magistrate judge's order November 9, 2018, dismissing plaintiff's complaint with leave to amend. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

In light of this order, plaintiff is granted an additional thirty days in which to file an amended complaint that complies with the November 9, 2018 order. Plaintiff is cautioned that failure to comply with such order will result in the dismissal of this action. Fed. R. Civ. P. 41(b).

////

////

Therefore, IT IS HEREBY ORDERED that:

1. The request for reconsideration is DENIED; and

2. Plaintiff is granted thirty days from the date on which this Order is electronically filed in which to file an amended complaint that complies with the November 9, 2018 order. Failure to comply will result in the dismissal of this action. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated: December 30, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE