UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI, | No. 2:18-cv-2613 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| NIELSEN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 6, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 73. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 6, 2020 (ECF No. 73), are ADOPTED in full;

1

2. Defendants' motion to dismiss (ECF No. 59) is GRANTED;

3. Plaintiff's motion for injunctive relief (ECF No. 71) is DENIED; and

4. This action is DISMISSED, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

DATED: March 23, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE